UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMAL BODY,

Plaintiff,

v.

ROOSEVELT ISLAND OPERATING CORPORATION,

Defendant.

26-CV-6317-RA

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action. The Clerk of Court is directed to issue a summons as to the Roosevelt Island Operating Corporation. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents electronically by completing the form, Consent to Electronic Service.[2]

SO ORDERED.

Dated: July 30, 2026
New York, New York

RONNIE ABRAMS
United States District Judge

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents electronically, Plaintiff will no longer receive court documents by regular mail.